

## NUMBER 13-15-00054-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**RUSSELL WAYNE MCSLAND,**                                                        **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                        **Appellee.**

### On appeal from the 24th District Court
### of Jackson County, Texas.

## ORDER ABATING APPEAL

### Before Justices Garza, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion to proceed pro se. Appellant's court-appointed counsel filed a brief on July 16, 2015. Appellant states that he wants to represent himself in this appeal.

The Court, having considered appellant's pro se motion and the appellant's apparent desire to proceed on appeal without the benefit of counsel, is of the opinion that the appeal should be abated in accordance with *Hubbard v. State,* 739 S.W.2d 341 (Tex. Crim. App. 1987). The trial court is ordered to immediately conduct a hearing to determine if appellant desires to proceed pro se. The trial court is required to make the appellant aware of the dangers and disadvantages of self-representation and to develop evidence as to whether appellant's apparent decision to relinquish the obvious benefits associated with having appointed appellate counsel and to proceed pro se is knowingly and intelligently made.

The trial court is further ordered to make appropriate findings and recommendations and forward a transcription of the hearing to this Court within fifteen days from the date of this order. If the trial court finds that appellant knowingly and intelligently waives his right to counsel in compliance with TEX. CODE CRIM. PROC. art. 1.051(g), then the trial court shall make a copy of the clerk's record and reporter's record available to appellant so that he can file his brief. Appellant's brief shall be filed thirty days from the date he receives the record.

Appellant's motion to proceed pro se is CARRIED WITH THE CASE pending receipt and review of the trial court's findings and conclusions on remand. The appeal is ordered ABATED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of September, 2015.